*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Victor Suazo Gomez
Plaintiff

Case No.   26-cv-220

VS.
Brian Acuna, et al.
Defendant

Judge _____
Magistrate Judge _____

**ORDER**

IT IS ORDERED that Jackie Castaneda, Esquire be and is hereby admitted to the bar of

this Court pro hac vice on behalf of Victor Suazo Gomez in the above described action.

SO ORDERED on this, the  28th  day of _____January_____, 2026.

_____
U.S. Magistrate Judge